1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10             **SOUTHERN DIVISION**

11    **JOSE JUAN PORTILLO,**                )
                                             )
12                    **Petitioner,**        )    **No. SACV 07-1164-SJO (RCF)**
                                             )
13            **v.**                         )    **JUDGMENT**
                                             )
14    **JOHN MARSHALL, Warden,**             )
                                             )
15                    **Respondent.**        )
      _____)

16

17

18           Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of

19    United States Magistrate Judge,

20           IT IS ADJUDGED that the Petition is denied with prejudice.

21

22    Dated:  June 18, 2009

23

24                                               _____
                                                 S. JAMES OTERO
                                                 UNITED STATES DISTRICT JUDGE
25

26

27

28